# IN THE SUPREME COURT OF PENNSYLVANIA

IN RE:                                          :   NO. 972
                                                :
STANDARDS FOR PASSING THE        :   SUPREME COURT RULES DOCKET
PENNSYLVANIA BAR EXAMINATION :
AND AMENDMENT OF BAR ADMISSION :
RULE 206                                   :
                                                :

## ORDER

**PER CURIAM**

    **AND NOW**, this 27th day of December, 2023, pursuant to Article V, Section 10 of the Constitution of Pennsylvania, **IT IS ORDERED** that**:**

    Beginning with the February 2024 administration of the Uniform Bar Examination (UBE), the minimum scaled score required to constitute satisfactory completion of the UBE for purposes of Pennsylvania bar admission shall be 270.

    For applications that rely upon administrations of the UBE in any jurisdiction prior to the February 2024 administration, the minimum scaled score for purposes of Pennsylvania bar admission shall remain 272.

    Rule 206 of the Pennsylvania Bar Admission Rules, "Admission by Bar Examination Score Transfer," is amended in the attached form. To the extent that notice of proposed rulemaking would otherwise be required by Pa.R.J.A. 103, the immediate promulgation of the amended and adopted rule is found to be in the interest of efficient administration.

    The prior order of this Court dated January 4, 2022, regarding standards for passing the Pennsylvania bar examination, is rescinded to the extent it is inconsistent with this Order.

    This **ORDER** shall be processed in accordance with Pa.R.J.A. No. 103(b), and shall be effective immediately.

Additions are bolded and are underlined.
Deletions are bolded and are bracketed.